FILED

2026 Jul-24  PM 08:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| Mercutio Southall Sr., | ) | **Case No.: 2:25-CR-580-AMM-SGC** |
| Defendant | ) | |

## UNOPPOSED MOTION TO CONTINUE

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(ii), Mercutio Southall, through his attorneys, moves this Honorable Court to continue this matter for 60 days and extend the associated pretrial deadlines for no fewer than 60 days. In support, Mr. Southall states the following:

1. **Assistant U.S. Attorney Lee Gilmer, his staff, and I have discussed a possible plea agreement for Mercutio Southall.**

2. **Granting a continuance would allow sufficient time to advise Mr. Southall to make an informed decision about entering a guilty plea or proceeding to trial. 18 U.S.C. § 3161(h)(7)(B)(iv)(ii).**

3. **Counsel has conferred with Assistant U.S. Attorney Lee Gilmer and Katherine Bounds, counsel for co-defendant Lillian Jayne Colburn, and neither objects to the continuance.**

Mercutio Southall requests that this Honorable Court grant the requested relief and continue the trial of this matter, as well as all related settings and deadlines, by no fewer than 60 days.

/s/*Truman Fitzgerald*

Attorney Truman Fitzgerald

The Law Office of Truman Fitzgerald, LLC

420 20th Street North, Suite 2200

T: (205) 360-0800

Email: truman@thelawlifestyle.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this document on **Friday, July 24, 2026**, via PACER, which will notify all parties involved of this filing.

/s/*Truman Fitzgerald*

Truman Fitzgerald