FILED

2026 Jul-27  PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LILLIAN JAYNE COLBURN, *et al.*, | ) | Case No. 2:25-cr-00580-AMM-SGC |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This matter is before the court on unopposed motions to continue the trial setting and extend the pretrial deadlines, filed by defendants Lillian Jayne Colburn and Mercutio Southall.[1]  (Docs. 36, 37).  Coburn previously filed a waiver of her right to a speedy trial under the Speedy Trial Act.  (Doc. 21-1); 18 U.S.C. § 3161. The defendants request additional time to complete an independent investigation, consult with counsel, and negotiate with the Government.  Given defendants' need to adequately prepare and make an informed decision whether to enter a guilty plea or proceed to trial, the court finds the ends of justice served by extending the pretrial deadlines and granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7).

Therefore, the motions (Doc. 36, 37) are **GRANTED**, and the time from December 8, 2025, until November 13, 2026, or the date the district judge sets this

---

[1] This is Southall's second and Colburn's third request for a continuance.  (*See* Docs. 21, 33, 34).

matter for trial, whichever is later, is excluded from calculations under the Speedy Trial Act.  The deadline for pretrial motions is extended until **October 16, 2026**, with any response due not later than **October 23, 2026**.  The parties are **ORDERED** to notify the court on the earliest practical business day counsel are able to determine whether the case is to be placed on the consent docket or scheduled for trial but, in either case, not later than **October 16, 2026**.  If necessary, trial will be set by separate order by U.S. District Judge Anna M. Manasco.

     **DONE** this 27th day of July, 2026.

STACI  G. CORNELIUS
U.S. MAGISTRATE JUDGE